**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| TROY RODDY, <br> ADC #103051 | PLAINTIFF |
| v. | No. 5:10CV00140 JLH/JTR |
| MICHAEL PHIEFFER, Administrator, <br> Correctional Medical Services, Inc., *et al*. | DEFENDANTS |

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for a Temporary Restraining Order (docket entry #4) is DENIED.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 14th day of June, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE