IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TROY RODDY
ADC #103051                                                                                           PLAINTIFF

V.                                      5:10CV00140 JLH/JTR

MICHAEL PHIEFFER, Administrator,
Correctional Medical Services, Inc., et al.                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Pursuant to 28 U.S.C. § 1915A, Defendant CMS is DISMISSED, WITHOUT PREJUDICE, because Plaintiff has failed to state a viable claim against it.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 17th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE