**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


TROY RODDY                                                                              PLAINTIFF
ADC #103051

v.                                        No. 5:10CV00140 JLH/JTR

MICHAEL PHIEFFER, Administrator,
Correctional Medical Services, Inc., et al.                               DEFENDANTS


**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition

submitted by United States Magistrate Judge J. Thomas Ray.  No objections have been filed.  After

careful review, the Court concludes that the Proposed Findings and Recommended Partial

Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings

in all respects.

IT IS THEREFORE ORDERED that:

1.       Plaintiff's Motion to Dismiss (docket entry #40) is GRANTED, and separate

Defendant Phieffer is VOLUNTARILY DISMISSED, WITHOUT PREJUDICE, from this action.

2.       The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order would not be taken in good faith.

Dated this 30th day of August, 2010.


_____
UNITED STATES DISTRICT JUDGE