**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TROY RODDY　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #103051

v.　　　　　　　　　　　　　　　No. 5:10CV00140 JLH/JTR

CONNIE HUBBARD,
APN/Acting Director, Varner Unit, et al.　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.　Pursuant to Fed. R. Civ. P. 4(m), Defendant Ifediora is DISMISSED, WITHOUT PREJUDICE, due to a lack of service.

2.　The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 3rd day of November, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ J. Leon Holmes
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE