**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| TROY RODDY<br>ADC #103051 | PLAINTIFF |
| v.   No. 5:10CV00140 JLH/JTR | |
| CONNIE HUBBARD, ANP/Acting Director,<br>Varner Unit, Arkansas Dept. of Correction, *et al*. | DEFENDANTS |

**ORDER**

Troy Roddy has filed a motion for an extension of time within which to file objections to the proposed findings and recommended disposition submitted by United States Magistrate J. Thomas Ray on March 30, 2011. The motion is GRANTED. Document #138. The time within which Roddy must submit his objections is extended up to and including April 25, 2011.

IT IS SO ORDERED this 12th day of April, 2011.

                                                                               *J. Leon Holmes*
                                                                               ―――――――――――――――
                                                                               J. LEON HOLMES
                                                                               UNITED STATES DISTRICT JUDGE