**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

TROY RODDY
ADC #103051 PLAINTIFF

v. No. 5:10CV00140 JLH/JTR

CONNIE HUBBARD,
ANP/Acting Director, Varner Unit, et al. DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth herein. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 2nd day of May, 2011.

J. Leon Holmes
UNITED STATES DISTRICT JUDGE