IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TROY RODDY                                                                                                    PLAINTIFF
ADC #103051

v.                                                  No. 5:10CV00140 JLH/JTR

CONNIE HUBBARD,
ANP/Acting Director, Varner Unit, et al.                                                      DEFENDANTS

## ORDER

After the Court entered an Order adopting the partial report and recommended dispositions submitted by United States Magistrate Judge J. Thomas Ray and a judgment dismissing this action, Troy Roddy filed a motion to clear error in the record and a motion for reconsideration. In his motion to clear error in the record, he says that he wants the record to reflect the exhibits on Document #141-1 should go with Document #143-1, while, vice versa, the exhibits on Document #143-1 should go on Document #141-1. The motion to clear error in the record is granted. Document #149. The Court will consider the exhibits attached to Document #141-1 as attached to Document #143-1 and, vice versa, the exhibits attached to Document #143-1 as attached to Document #141-1.

The Court has again conducted a *de novo* review, considering the exhibits attached as shown in the preceding paragraph, and again concludes that both reports and recommended dispositions submitted by Magistrate Judge Ray should be adopted in their entirety. Documents #134 and #136. The Court therefore denies the motion for reconsideration. Document #148.

IT IS SO ORDERED this 13th day of May, 2011.

J. Leon Holmes
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE